UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff<br><br>          -against-<br><br>THOMAS ABREU,<br><br>                    Defendants. | 16 Cr. 64 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

Before the Court is Defendant Thomas Abreu's pro se submission dated September 15, 2020 (Proffer of Objection, dated Sept. 15, 2020 [dkt. no. 491]).  That submission lodges objections to the Court's Order, dated August 18, 2020, concluding that Mr. Abreu's state and federal sentences should run consecutively (Order, dated Aug. 18, 2020 [dkt. no. 490]) in response to an inquiry from the Bureau of Prisons about whether Mr. Abreu's state and federal sentences should run concurrently or consecutively (Letter from John O'Brien, dated July 21, 2020 [dkt. no. 490]).  The Government responded to Mr. Abreu's September 15, 2020 submission by letter on October 16, 2020 (Letter from Audrey Strauss, dated Oct. 16, 2020 [dkt. no. 492].)

In his submission, Mr. Abreu recites a variety of constitutional principles and sections of the United States Code that he believes warrant the Court's alteration of its determination that his state and federal sentences should run

consecutively. As the Government points out, however, the statutory mechanisms available to Mr. Abreu for seeking such relief are 18 U.S.C §3582 and 28 U.S.C §2255, which provide the procedure and grounds for modification of a term of imprisonment. Mr. Abreu's submission does not cite either statute or set forth a colorable claim that the Court should amend the Judgement imposing Mr. Abreu's term of imprisonment (Judgment, dated Mar. 3, 2017, [dkt. no. 328]) or its determination that this sentence should run consecutively to his state sentence.

Accordingly, Mr. Abreu's request [dkt. no. 491] to amend the Judgment imposing his term of imprisonment is DENIED, and his federal sentence will run consecutively to his state sentence for the reasons set forth in the Court's August 18, 2020 Order [dkt. no. 490].

The Clerk of the Court is respectfully directed to mail a copy of this order to: (1) Mr. Abreu; and (2) Mr. John O'Brien of the Bureau of Prisons Designation and Sentence Computation Center located at U.S. Armed Forces Reserve Complex, 346 Marine Forces Drive, Grand Prairie, Texas 75051.

**SO ORDERED.**

Dated:   New York, New York
         December 1, 2020                  *Loretta A. Preska*
                                           _____
                                           LORETTA A. PRESKA
                                           Senior United States District Judge