UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>-against-<br><br>THOMAS ABREU,<br><br>                    Defendant. | 16 Cr. 64 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Mr. Abreu's letter dated July 26, 2021 (dkt. no. 508).  The Government shall provide any response no later than August 26, 2021.

    SO ORDERED.

Dated:   New York, New York
          August 5, 2021

_____
LORETTA A. PRESKA
Senior United States District Judge

1