UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

    -against-

THOMAS ABREU,

                Defendant.

16 CR 64 (LAP)

ORDER

Loretta A. Preska, Senior United States District Judge:

    The Court is in receipt of Mr. Abreu's motion for compassionate release, which was docketed on March 30, 2022. (Dkt. no. 543.)  The Government shall respond to Mr. Abreu's motion no later than May 4, 2022.  Mr. Abreu's reply, if any, shall be submitted no later than May 25, 2022.

    The Clerk of the Court shall mail a copy of this order to Mr. Abreu at his last known address (see dkt. no. 539):

    Thomas Abreu # 77166-054
    FCI Allenwood Low
    Federal Correctional Institution
    P.O. Box 1000
    White Deer, PA 17887

**SO ORDERED.**

Dated:    New York, New York
          April 6, 2022

*(signed) Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge